1

2

3

4

5

6                               UNITED STATES DISTRICT COURT

7                                    DISTRICT OF NEVADA

8                                            * * *

9    ROBBIE GRANT,                               Case No. 3:14-cv-00620-MMD-WGC

10                             Plaintiff,         ORDER ADOPTING AND ACCEPTING
                                                  REPORT AND RECOMMENDATION OF
        v.                                        MAGISTRATE JUDGE
11                                                WILLIAM G. COBB
     WESTCARE, INC.,
12                             Defendant.

13

14        Before the Court is the Report and Recommendation of United States Magistrate

15   Judge William G. Cobb (dkt. no. 21) ("R&R") regarding plaintiff's failure to file an

16   amended complaint within the thirty (30) proscribed in the screening order (dkt .no. 16).

17   No objection to the R&R has been filed.

18        This Court "may accept, reject, or modify, in whole or in part, the findings or

19   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

20   timely objects to a magistrate judge's report and recommendation, then the court is

21   required to "make a *de novo* determination of those portions of the [report and

22   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

23   to object, however, the court is not required to conduct "any review at all . . . of any issue

24   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

25   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

26   magistrate judge's report and recommendation where no objections have been filed. *See*

27   *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

28   of review employed by the district court when reviewing a report and recommendation to

1    which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

2    1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the

3    view that district courts are not required to review "any issue that is not the subject of an

4    objection."). Thus, if there is no objection to a magistrate judge's recommendation, then

5    the court may accept the recommendation without review. *See, e.g., Johnstone*, 263 F.

6    Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to

7    which no objection was filed).

8         Nevertheless, this Court finds it appropriate to engage in a *de novo* review to

9    determine whether to adopt Magistrate Judge Cobb's R&R. Upon reviewing the R&R

10   and filings in this case, this Court finds good cause to adopt the Magistrate Judge's R&R

11   in full.

12        It is therefore ordered, adjudged and decreed that the Report and

13   Recommendation of Magistrate Judge William G. Cobb (dkt. no. 21) is accepted and

14   adopted in its entirety. This case is dismissed without prejudice and the Clerk is

15   instructed to administratively close this case.

16        DATED THIS 11th day of May 2015.

17

18   _____

19   MIRANDA M. DU
     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2